# UNITED STATES DISTRICT COURT
### OFFICE OF THE PROBATION OFFICER
### EASTERN DISTRICT OF TENNESSEE



## AMENDED PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Jasper Michael Wagner    **Docket Numbers:** 1:01-CR-115, 1:01-CR-196, 1:01-CR-204, 1:02-CR-39, 1:02-CR-46, and 1:02-CR-40

**Name of Sentencing Judicial Officer:**    The Honorable R. Allan Edgar
United States District Court Judge

**Name of Presiding Judicial Officer:**    The Honorable Curtis L. Collier
Chief United States District Court Judge

**Date of Original Sentence:** June 24, 2002

**Original Offense:** Bank Robbery (Six Separate Cases)

**Class:** C Felonies    **Criminal History Category:** IV

**Original Sentence:** The defendant was sentenced to the custody of the Bureau of Prisons for a total term of 120 months on each count, to be served concurrently, to be followed by a supervised release term of three (3) years on each count to run concurrently. The following special conditions of supervised release were imposed: 1) Restitution in the amount of $59,048.00, 2) Provide access to any requested financial information, 3) Not incur new credit charges or open additional lines of credit, 4) Substance abuse testing and treatment, 5) Mental health treatment, 6) Cooperate in collection of DNA.

**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:**    March 22, 2010

**Date Supervision Expires:**    March 21, 2013

**Assistant U.S. Attorney:**    Tammy Owens Combs

**Defense Attorney:**    Anthony Martinez

**Revocation Guideline Range:** 24-30 Months    **Statutory Maximum:** 2 Years

**ORIGINAL PETITION PREPARED: December 21, 2010**

*******************************************

# PETITIONING THE COURT

**To amend the original petition to include the new violations as reflected in Violation Number V:**

Please refer to the original petition filed with the Court on December 21, 2010

| Violation Number | Nature of Noncompliance |
|---|---|
| V | **General Condition:** <u>The defendant shall not commit another federal, state or local crime.</u> |

On December 28, 2010, Mr. Wagner was arrested in Brandon, Mississippi, for possession of a stolen vehicle from Hamilton County, Tennessee, and the Supervised Release Warrant.

On January 4, 2011, this officer received a call from FBI Special Agent Thomas J. Bohlke in Jackson, Mississippi. Agent Bohlke stated that he was familiar with Mr. Wagner from the bank robberies committed in the instant federal case. Agent Bohlke stated there had been a bank robbery at a Suntrust Bank in Horn Lake, Mississippi, on December 13, 2010, and he wanted to send this officer a picture of the suspect. Agent Bohlke emailed a picture of the suspect, and this officer immediately identified Mr. Wagner as the bank robber. According to the report filed by Agent Bohlke, on December 13, 2010, at approximately 10:37 a.m., a robber approached a Suntrust bank teller and placed a green personal check on the counter. The teller noticed that written on the "Pay to the Order of" line was, "All of the money now." The teller looked up at the robber and said this makes no sense. The robber replied, "Mam, you don't want to make this ugly, give me all your money out of your top drawer now!" He added, "Yeah, do what I said!" The teller called out to another bank representative sitting in a nearby office. As this employee approached the window, the robber placed his left hand into his pants pocket and stated "Give me all of the money out of the top drawer, we don't want to make this ugly!" The robber was handed $100's, $50's, $20's, $10's, $5's and $1's to include bait bills. The robber looked over the cash and then threw a stack of $10's and $1's back across the teller counter. The robber placed $2,479 of US currency into his jacket and calmly walked out of the bank.

On January 18, 2011, this officer received a follow-up email from FBI Agent Bohlke stating that both bank employees identified Mr. Wagner, in a photo line-up, as the robber of the Suntrust Bank in Horn Lake, Mississippi, on December 13, 2010.

**AMENDED PETITION FOR WARRANT**                                                             **PAGE 3**
**FOR OFFENDER UNDER SUPERVISION**
**Name of Offender:** Jasper Michael Wagner    **Docket Numbers:** 1:01-CR-115, 1:01-CR-196, 1:01-CR-204, 1:02-CR-39, 1:02-CR-46, and 1:02-CR-40

On December 20, 2010, at approximately 9:30 a.m., the Wachovia Bank in North Myrtle Beach, South Carolina, was robbed. The robber displayed a handgun. On the same date, December 20, 2010, at approximately 2:00 p.m., the Randolph Bank in Mebane, North Carolina, was robbed, and the robber implied he had a handgun. On January 18, 2011, this officer received an email confirmation from FBI Agent Brandon K. Jones indicating that the victim teller at the Randolph Bank in Mebane, North Carolina, positively identified Mr. Wagner from a photo line-up as being the robber and refused to look at any photos past his.

This officer received an emailed photo of the robber at the Wachovia Bank in North Myrtle Beach, South Carolina, and this officer identified Mr. Wagner as being the robber at this bank as well.

Armed Bank Robbery is a violation of 18 U.S.C. § 2113(d), punishable by imprisonment of not more than 25 years.

**Petitioning the Court to order:**

To amend the original petition to include the new violations as reflected in Violation Number V.

(A warrant was previously issued for other violations. A revocation hearing has been scheduled for February 24, 2011, at 9:00 a.m.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2011.

                                                      Respectfully submitted,

                                                      *s/ Bobby J. Byars*
                                                      Bobby J. Byars
                                                      U. S. Probation Officer

APPROVED:

*s/Janet F. Landers*         *2/3/2011*
Janet F. Landers               Date
Supervising U.S. Probation Officer

**AMENDED PETITION FOR WARRANT**                                        **PAGE 4**
**FOR OFFENDER UNDER SUPERVISION**
**Name of Offender:** Jasper Michael Wagner     **Docket Numbers:** 1:01-CR-115, 1:01-CR-196, 1:01-CR-204, 1:02-CR-39, 1:02-CR-46, and 1:02-CR-40

**ORDER OF COURT:**

To amend the original petition to include the new violations as reflected in Violation Number V .

So ordered.

**ENTER this the 4th day of February, 2011**

                         */s/ R. Allan Edgar*
                         R. ALLAN EDGAR
                UNITED STATES DISTRICT JUDGE