# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JASPER MICHAEL WAGNER<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 1:01-cr-115, 1:01-cr-196, 1:01-cr-204, 1:02-cr-39, 1:02-cr-40, 1:02-cr-46<br><br>Anthony Martinez<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]  admitted guilt to violation of condition(s) general & standard conditions   of the term of supervision.
[✓]  was found in violation of condition(s) _ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

       The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     The defendant has not violated condition(s)   and is discharged as to such violation(s) condition.

       IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

2/24/2011
Date of Imposition of Sentence

/s/
Signature of Judicial Officer

CURTIS L. COLLIER, Chief United States District Judge
Name & Title of Judicial Officer

Date

CASE NUMBER:   1:01-CR-115, 1:01-CR-196,1:01-CR-204,1:02-CR-39,1:02-CR-40,1:02-CR-46
DEFENDANT:   JASPER MICHAEL WAGNER

# ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| I | **General Condition:** The defendant shall not commit another federal, state or local crime. | 12/9/2010 |
| II | **Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 12/5/2010 |
| III | **Standard Condition #5:** The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons. | 11/5/2010 |
| IV | **Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. | 11/5/2010 |
| V | **General Condition:** The defendant shall not commit another federal, state or local crime. | 12/13/10; 12/20/10 |

DEFENDANT:   JASPER MICHAEL WAGNER
CASE NUMBER:   1:01-CR-115, 1:01-CR-196,1:01-CR-204,1:02-CR-39,1:02-CR-40,1:02-CR-46

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [] a.m.   [] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL